UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:05-CR-60(01)RM |
| | ) | |
| DOUGLAS DAVIS | ) | |

O R D E R

The court now ADOPTS the magistrate judge's November 21, 2005 report and recommendation [docket #19] and ACCEPTS the defendant's guilty plea.

SO ORDERED.

ENTERED:  January 13, 2006

    /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc:  D. Davis
     J. Stevens
     L. Miller Lowery
     USPO